Deborah Barron SBN 153840
BARRON LAW CORPORATION
770 L St., Suite 950
Sacramento, CA  95814
Telephone:  916-486-1712
Facsimile:  (916) 927-5524
Email:  deborah.barron@lawbarron.com
Attorney for Plaintiff Mary Zamora Rubio

Harry S. Stern, SBN 176854
Zachery A. Lopes, SBN 284394
RAINS LUCIA STERN
ST. PHALLE & SILVER, PC
220 Montgomery St., 15th Floor
San Francisco, CA  94104
Telephone:  (415) 341-0341
Facsimile:  (925)609-1690
Email:  HStern@RLSlawyers.com
Email:  ZLopes@RLSlawyers.com
Attorneys for Defendant ANDRE LOVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARY ZAMORA RUBIO,** | 2:19-cv-02025 MCE AC |
| Plaintiff, | **STIPULATION AND ORDER OF SETTLEMENT** |
| **ANDRE LOVAN, et al. ,** | Action Filed:  October 7, 2019 |
| Defendants. | |

It is hereby stipulated by and between counsel that this action is settled, pending a written settlement agreement signed by both Mary Zamora Rubio and Andre Lovan.  Each party to bear own costs and fees and without prejudice to the right to reopen the action if settlement is not consummated.

///

///

It is so stipulated.

Dated: February 24, 2022  */s/ Deborah Barron*
Deborah Barron, Esq.
BARRON LAW CORPORATION
*Attorneys for Plaintiff Mary Zamora Rubio*

Dated: February 24, 2022  */s/ Zachery A. Lopes*
Zachery A. Lopes
RAINS LUCIA STERN ST. PHALLE &
SILVER, PC
*Attorneys for Defendant Andre Lovans*

**ORDER**

The Stipulation and Proposed Order for Settlement (ECF No. 35) is hereby APPROVED. This action is DISMISSED without prejudice to the right to reopen if the settlement is not consummated. Accordingly, the outstanding Application for Default Judgment (ECF No. 26) and Motion to Set Aside and Opposition to the Request for Entry of Default (ECF No. 30) are DENIED as moot. Each party shall bear their own costs and fees, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: March 1, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE